UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RON SHIGAURA, | Case No. CV 09-4955-CAS (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| KATHLEEN DICKINSON, Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: 11/18/11

_____
Christina A. Snyder
United States District Judge

1